UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01161
JACQUELINE F KALOUS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-6108


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 02/10/06 and confirmed on 05/04/06.

     2.   The case was dismissed after confirmation, 11/01/2007.

     3.   The Debtor paid a total of $  11362.00 .

     4.   The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARMAX AUTO FINANCE | SECURED | 5406.57 | 160.80 | 5406.57 |
| AMAZING INC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 422.53 | 34.13 | 40.17 |
| CAPITAL ONE BANK | UNSECURED | 2744.55 | 223.55 | 260.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 425.79 | 34.63 | 40.48 |
| CITGO CITI | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8856.48 | 721.35 | 841.78 |
| GEMB/JCP | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 882.77 | 68.13 | 83.91 |
| UNIVERSAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY WEST COMMUNITY HO | UNSECURED | NOT FILED | .00 | .00 |
| D&B MRS | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:
-------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5406.57 | .00 | 13332.12 | .00 | 18738.69 |
| PRINCIPAL PAID | 5406.57 | .00 | 1267.20 | .00 | 6673.77 |
| INTEREST PAID | 160.80 | .00 | 1081.79 | .00 | 1242.59 |
| TOTAL PAID | 5567.37 | .00 | 2348.99 | .00 | 7916.36 |

The Debtor's attorney, DAVID M SIEGEL                   , was allowed $   3000.00
and was paid $   3000.00 .

The Trustee received $    445.64 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                          PAGE  2
          CASE NO. 06 B 01161 JACQUELINE F KALOUS